ROBERT A. JOHNSON ET AL. *v.* FREDERICK A. FLAMMIA ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Litchfield County is granted.

*Herbert Watstein,* for the appellees (plaintiffs).

No appearance for the appellants (defendants).

Argued October 2—decided October 2, 1973

CHARLES W. RANDOLPH, JR. *v.* SAMUEL POORVU ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is dismissed.

No appearance for either side.

Decided October 2, 1973

NORMAN RICHARD ET AL. *v.* TOWN OF KILLINGLY ET AL.

The plaintiffs' motion for review of the orders of the trial court and for the modification or vacation of these orders in the appeal from the Superior Court in Windham County is denied.

*Timothy O. Fanning,* in support of the motion.

Submitted September 21—decided October 2, 1973

E. J. HANSEN ELEVATOR, INC. *v.* HERBERT STOLL ET AL.

The defendants' motion for a stay pending appeal is denied and the case is remanded to the Superior Court in Fairfield County at Stamford for determination on the merits of the plea in abatement.

*William M. Ivler,* in support of the motion.

Submitted September 24—decided October 2, 1973